**OWEN v. UNC-G PHYSICAL PLANT**

[344 N.C. 731 (1996)]

CAROLYN OWEN, Petitioner v. UNC-G PHYSICAL PLANT, Respondent

No. 162PA96

(Filed 8 November 1996)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 121 N.C. App. 682, 468 S.E.2d 813 (1996), affirming the judgment of the trial court entered by Morgan (Melzer A., Jr.), J., on 23 January 1995, out of session and out of district by consent of the parties after hearing at the 19 September 1994 Civil Session of Superior Court, Guilford County, and remanding this case to the trial court for further remand to the State Personnel Commission for proceedings consistent with the opinion. Heard in the Supreme Court 14 October 1996.

*Judith G. Behar, for petitioner-appellee.*

*Michael F. Easley, Attorney General, by Anne J. Brown, Assistant Attorney General, for respondent-appellant.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.